FILED by TB D.C.
Oct 15, 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. **15-20802-CR-GAYLES/TURNOFF**

18 U.S.C. § 922(g)(1)
21 U.S.C. § 841(a)(1)
18 U.S.C. § 924(c)(1)(A)
18 U.S.C. § 924(d)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

DAMASO RIVERA FONSECA,

        **Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Felon in Possession of a Firearm and Ammunition
### (18 U.S.C. § 922(g)(1))

On or about October 5, 2015, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DAMASO RIVERA FONSECA,**

having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

It is further specified that the firearm and ammunition are:

1. One (1) Bushmaster XM-15 E2S .223 caliber rifle; and

2. Sixty-eight (68) rounds of 5.56 and .223 caliber ammunition.

## COUNT 2
### Possession with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 841(a)(1))

On or about October 5, 2015, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DAMASO RIVERA FONSECA,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

Pursuant to Title 21, United States Code, Section 841(b)(1)(D), it is further alleged that this violation involved a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

## COUNT 3
### Possession of a Firearm in Furtherance of Drug Trafficking
### (18 U.S.C. § 924(c)(1)(A))

On or about October 5, 2015, in Miami-Dade County, in the Southern District of Florida, the defendant,

**DAMASO RIVERA FONSECA,**

did knowingly possess a firearm in furtherance of a drug trafficking crime, a felony offense for which the defendant may be prosecuted in a court of the United States, that is, a violation of Title

21, United States Code, Section 841(a)(1), as charged in Count 2 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **DAMASO RIVERA FONSECA,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 922(g)(1), as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 924(d)(1), any firearm and/or ammunition involved in or used in the commission of such violation.

3. Upon conviction of a violation of Title 21, United States Code, Section 841, as alleged in this Indictment, the defendant shall forfeit to the United States of America, pursuant to Title 21, United States Code, Sections 853(a)(1) and (a)(2), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

All pursuant to Title 18, United States Code, Section 924(d)(1) and the procedures set forth in Title 21, United States Code, Section 853, as made applicable by Title 28, United States Code, Section 2461(c).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
ANNE P. MCNAMARA
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

DAMASO RIVERA FONSECA,

    Defendant.
_____/

CASE NO.   15-20802-CR-GAYLES / TURNOFF

**Superseding Case Information:**

**Court Division**: (Select One)

| | | | New Defendant(s) | Yes ___ No ___ |
|---|---|---|---|---|
| X | Miami | ___ Key West | Number of New Defendants | ___ |
| ___ | FTL | ___ WPB ___ FTP | Total number of counts | ___ |

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:  (Yes or No)   No
   List language and/or dialect   _____

4. This case will take   3-4   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                              (Check only one)

   I    0 to 5 days        x            Petty       _____
   II   6 to 10 days     _____         Minor       _____
   III  11 to 20 days    _____         Misdem.     _____
   IV   21 to 60 days    _____         Felony        x
   V    61 days and over _____

6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge:                                Case No.   _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes:
   Magistrate Case No.                   XXXXXXXXXX 15-3305-MJ-CMM
   Related Miscellaneous numbers:        _____
   Defendant(s) in federal custody as of 10/5/15
   Defendant(s) in state custody as of   _____
   Rule 20 from the District of          _____
   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    Yes _____  No   x

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?   Yes _____  No   x

                                                     _____
                                                     ANNE P. MCNAMARA
                                                     ASSISTANT UNITED STATES ATTORNEY
                                                     FLORIDA SPECIAL BAR NO. A5501847

*Penalty Sheet(s) attached

REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name:  DAMASO RIVERA FONSECA

Case No: _____

Count #: 1

Felon in Possession of a Firearm and Ammunition

Title 18, United States Code, Sections 922(g)(1)

*Max. Penalty: 10 Years' Imprisonment

Count #: 2

Possession with the Intent to Distribute A Controlled Substance

Title 21, United States Code, Section 841(a)(1)

*Max. Penalty: 20 Years' Imprisonment

Count #: 3

Possession of a Firearm in Furtherance of Drug Trafficking

Title 18, United States Code, Section 924(c)(1)(A)

*Max. Penalty: Life Imprisonment

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.