IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

DAMASO RIVERA FONSECA,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.
_____/

Docket No.: 19-25329-CV-GAYLES/REID
15-20802-CR-GAYLES

FILED BY_____ D.C.

AUG 03 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF CHANGE OF ADDRESS

Plaintiff Damaso Rivera-Fonseca hereby provides notice of change of address as required per Court Rules. The new mailing address is:

> Damaso Rivera-Fonseca
> Arrest Number: BS 2100525
> BSO-Main Jail
> PO Box 9356
> Ft. Lauderdale, FL 33310

Done this 28 day of July 2021.

Respectfully Submitted,

Damaso Rivera-Fonseca
Arrest Number: BS 2100525
BSO-Main Jail
PO Box 9356
Ft. Lauderdale, FL 33310

## CERTIFICATE OF SERVICE

I HERBY DO CERTIFY that a true and correct copy of this change of address was mailed to:

United States Attorney's Office
99 N.E. 4th Street
Miami, FL 33132

Done this 28 day of July 2021.

*[signature]*

Damaso Rivera-Fonseca
Arrest Number: BS 2100525
BSO-Main Jail
PO Box 9356
Ft. Lauderdale, FL 33310

Damaso Rivera-Fonseca
Arrest Number: 502100525
BOP Register Number 06407-104
BSO Main Jail
PO Box 9356
Port Lauderdale FL 33340-9356



MIAMI FL 330

30 JUL 2021 PM 5 L



USDC SDFL
Clerk Court
400 North Miami Avenue
Miami FL 33128-7716

USMS INSPECTED RECEIVED

AUG 03 2021
1:28 PM