AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

FILED BY MCO D.C.

NOV 02 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA
*Plaintiff/Petitioner*
v.
DAMASO RIVERA FONSECA
*Defendant/Respondent*

Civil Action No. 1:15-cr-20802-DPG

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: USP LeeUnited States in Jonesville, VA 24263 . If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ 0, and my take-home pay or wages are: $ 0 per *(specify pay period)* N/A .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

4. Amount of money that I have in cash or in a checking or savings account: $ 0 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

N/A

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 10/23/26

*Applicant's signature*

Damaso Rivera Fonseca

*Printed name*

# All Transactions

PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 06407104 | Current Institution: | Lee USP |
| Inmate Name: | RIVERA FONSECA, DAMASO | Housing Unit: | LEE-A-A |
| Report Date: | 10/23/2026 | Living Quarters: | A02-205U |
| Report Time: | 11:52:48 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 10/22/2026 8:07:06 PM | Pre-Release Transaction | $90.00 | TL102026 | | |
| 10/20/2026 1:07:09 PM | Pre-Release Transaction | ($90.00) | 33426293 | | |
| 10/20/2026 1:07:09 PM | Money Gram | $100.00 | 33426293 | | $2,164.13 |
| 10/20/2026 9:51:43 AM | Sales - Fingerprint | $0.00 | 10 | | $2,064.13 |
| 10/16/2026 7:27:43 PM | TRUL Withdrawal | ($5.00) | TL1016 | | $2,064.13 |
| 10/16/2026 11:00:52 AM | Sales - No FP (Non-FP Session) | ($122.05) | 83 | | $2,069.13 |
| 10/15/2026 1:27:41 PM | Sales - Fingerprint | ($195.90) | 32 | | $2,191.18 |
| 10/11/2026 6:09:09 PM | TRUL Withdrawal | ($5.00) | TL1011 | | $2,387.08 |
| 10/8/2026 7:56:49 AM | TRUL Withdrawal | ($2.00) | TL1008 | | $2,392.08 |
| 10/7/2026 11:03:50 AM | Pre-Release Transaction | $90.00 | TL102026 | | |
| 10/6/2026 7:06:51 PM | Pre-Release Transaction | ($90.00) | 33426279 | | |
| 10/6/2026 7:06:51 PM | Money Gram | $100.00 | 33426279 | | $2,394.08 |
| 9/29/2026 2:23:07 PM | Sales - No FP (Non-FP Session) | ($123.00) | 38 | | $2,294.08 |
| 9/24/2026 2:46:30 PM | Sales - No FP (Non-FP Session) | ($281.35) | 96 | | $2,417.08 |
| 9/24/2026 9:49:51 AM | Pre-Release Transaction | $90.00 | TL092026 | | |
| 9/23/2026 1:06:49 PM | Pre-Release Transaction | ($90.00) | 33426266 | | |
| 9/23/2026 1:06:49 PM | Money Gram | $100.00 | 33426266 | | $2,698.43 |
| 9/12/2026 8:23:05 PM | Pre-Release Transaction | $90.00 | TL092026 | | |
| 9/8/2026 3:06:54 PM | Pre-Release Transaction | ($90.00) | 33426251 | | |
| 9/8/2026 3:06:54 PM | Money Gram | $100.00 | 33426251 | | $2,598.43 |
| 9/4/2026 7:54:58 PM | Phone Withdrawal | ($10.00) | TFN0904 | | $2,498.43 |
| 9/1/2026 7:30:51 PM | Pre-Release Transaction | $90.00 | TL092026 | | |
| 8/30/2026 6:06:55 PM | Pre-Release Transaction | ($90.00) | 33426242 | | |
| 8/30/2026 6:06:55 PM | Money Gram | $100.00 | 33426242 | | $2,508.43 |
| 8/27/2026 7:39:03 AM | Pre-Release Transaction | $180.00 | TL082026 | | |
| 8/24/2026 12:18:24 PM | Sales - Fingerprint | ($306.35) | 16 | | $2,408.43 |
| 8/17/2026 12:07:09 PM | Pre-Release Transaction | ($90.00) | 33426229 | | |
| 8/17/2026 12:07:09 PM | Money Gram | $100.00 | 33426229 | | $2,714.78 |
| 8/12/2026 12:34:26 PM | Sales - Fingerprint | ($216.85) | 34 | | $2,614.78 |
| 8/1/2026 6:07:13 PM | Pre-Release Transaction | ($90.00) | 33426213 | | |
| 8/1/2026 6:07:13 PM | Money Gram | $100.00 | 33426213 | | $2,831.63 |
| 7/22/2026 8:24:18 AM | Sales - Fingerprint | ($228.55) | 11 | | $2,731.63 |
| 7/20/2026 10:22:48 AM | Pre-Release Transaction | $45.00 | TL072026 | | |
| 7/19/2026 1:07:04 PM | Pre-Release Transaction | ($45.00) | 33326200 | | |
| 7/19/2026 1:07:04 PM | Western Union | $50.00 | 33326200 | | $2,960.18 |
| 7/18/2026 5:23:41 PM | Pre-Release Transaction | $90.00 | TL072026 | | |
| 7/17/2026 5:07:20 PM | Pre-Release Transaction | ($90.00) | 33426198 | | |
| 7/17/2026 5:07:20 PM | Money Gram | $100.00 | 33426198 | | $2,910.18 |
| 7/13/2026 7:42:10 PM | Pre-Release Transaction | $22.50 | TL072026 | | |
| 7/10/2026 1:15:20 PM | Sales - Fingerprint | ($222.05) | 42 | | $2,810.18 |
| 7/2/2026 12:59:57 PM | Phone Withdrawal | ($3.00) | TFN0702 | | $3,032.23 |
| 7/1/2026 3:08:24 PM | Pre-Release Transaction | ($22.50) | 33326182 | | |
| 7/1/2026 3:08:24 PM | Western Union | $25.00 | 33326182 | | $3,035.23 |
| 6/30/2026 10:05:17 AM | Pre-Release Transaction | $90.00 | TL062026 | | |
| 6/28/2026 5:06:57 PM | Pre-Release Transaction | ($90.00) | 33426179 | | |
| 6/28/2026 5:06:57 PM | Money Gram | $100.00 | 33426179 | | $3,010.23 |
| 6/27/2026 7:54:45 AM | Phone Withdrawal | ($5.00) | TFN0627 | | $2,910.23 |
| 6/26/2026 6:12:56 PM | Phone Withdrawal | ($3.00) | TFN0626 | | $2,915.23 |
| 6/18/2026 2:21:18 PM | Phone Withdrawal | ($3.00) | TFN0618 | | $2,918.23 |
| 6/17/2026 9:24:44 AM | Sales - Fingerprint | ($297.80) | 23 | | $2,921.23 |

# All Transactions

PRINT

| | | | |
|---|---|---|---|
| Inmate Reg #: | 06407104 | Current Institution: | Lee USP |
| Inmate Name: | RIVERA FONSECA, DAMASO | Housing Unit: | LEE-A-A |
| Report Date: | 10/23/2026 | Living Quarters: | A02-205U |
| Report Time: | 11:53:00 AM | | |

| Date/Time | Transaction Type | Amount | Ref# | Payment# | Balance |
|---|---|---|---|---|---|
| 6/15/2026 1:58:03 PM | Phone Withdrawal | ($10.00) | TFN0615 | | $3,219.03 |
| 6/15/2026 12:24:57 PM | Pre-Release Transaction | $90.00 | TL062026 | | |
| 6/12/2026 3:06:37 PM | Pre-Release Transaction | ($90.00) | 33426163 | | |
| 6/12/2026 3:06:37 PM | Money Gram | $100.00 | 33426163 | | $3,229.03 |
| 6/11/2026 10:51:51 AM | Pre-Release Transaction | $180.00 | TL062026 | | |
| 6/10/2026 1:23:42 PM | Sales - Fingerprint | ($229.55) | 57 | | $3,129.03 |
| 6/4/2026 3:14:43 AM | Transfer - In from TRUFACS | $3,358.58 | TX060426 | | $3,358.58 |
| 6/4/2026 3:14:43 AM | BP-199 Refusal | ($100.00) | 4950 | | |
| 6/4/2026 3:14:43 AM | BP-199 Refusal | ($100.00) | 4949 | | |
| 6/4/2026 3:14:43 AM | Pre-Release Transaction | ($180.00) | | | |

1 2

DAMASO RIVERA FONSECA
Reg. No. 06407-104
USP Lee
United States Penitentiary
P.O. Box 305
Jonesville, VA 24263

October 23, 2026

Ms. Angela E. Noble
Clerk of Court
United States District Court
Southern District of Florida
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue, Room 8N09
Miami, Florida 33128

RE: *United States v. Damaso Rivera Fonseca*
Case No. 1:15-cr-20802-DPG
Notice of Appeal from ECF No. 128

Dear Ms. Noble:

Please find and accept for filing Defendant's Application to Proceed in District Court Without Prepaying Fees or Costs.

Thank you for your assistance in this matter.

Respectfully submitted,

DAMASO RIVERA FONSECA
Reg. No. 06407-104

From:
Dámaso Rivera Fonseca #00407-104
United States Penitentiary Lee
P.O. Box 305
Jonesville Va. 24263

CHARLOTTE NC LPC 281
29 OCT 2026 PM 1 L

(Legal Mail)

To: Ms. Angela E. Noble
Clerk of Court
U.S District Court
Southern District of Florida
Wilkie D. Ferguson J.R U.S court house
400 North Miami Avenue, Room 8N09
Miami, Florida 33128

33128-771599

REC'D BY______D.C.

NOV 01 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI